**United States District Court**
**Southern District of New York**
_____

**UNITED STATES OF AMERICA,**

                **Plaintiff,**        14 Cr. 615 (JGK)

    - against -            MEMORANDUM OPINION AND
                                                   ORDER
**RONALD WERNER**

                **Defendants.**
_____

**JOHN G. KOELTL, District Judge:**

    The defendant seeks an early termination of supervised release, but he has failed to provide any basis for the Court to provide that relief. The Court carefully considered the sentence to be imposed on the defendant and imposed a sentence that was consistent with the sentencing factors in 18 U.S.C. § 3553(a). The defendant points out that he has complied with all of the conditions of his supervised release, but that conduct is in fact to be expected and is not a basis for early termination. See, e.g., United States v. Bouchareb, 76 F. Supp. 3d 478, 479 (S.D.N.Y. 2014).

    The defendant also points out that he is unable to vote in the coming election, but that is one of the consequences of the defendant's conviction. It is not a basis for early termination.

The defendant's application for early termination of his supervised release is **denied** without prejudice to any subsequent applications.

**SO ORDERED.**

**Dated:    New York, New York
         October 25, 2016**             _____/s/_____
                                                **John G. Koeltl
                                         United States District Judge**